Argued July 19, affirmed August 1, 1977

CONNER, *Appellant,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 7625, CA 8204)
566 P2d 1225

Samuel A. Hall, Jr., Eugene, argued the cause for appellant. With him on the brief was Malagon, Starr & Vinson, Eugene.

Kathleen Dahlin, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Kevin L. Mannix, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

## PER CURIAM.

In this worker's compensation case the deceased, who had a prior history of chest pains, suffered an attack of angina while at work. A medical examination which followed revealed that he was suffering from a long-standing condition requiring open-heart surgery. We agree with the Workers' Compensation Board and the circuit court that the claimant has not shown by a preponderance of the evidence that the on-the-job attack of angina contributed materially to the underlying condition which necessitated the surgery.

Affirmed.